The Honorable Fred Van Sickle

Amy H. Pannoni
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
(206) 622-3150

Attorneys for Defendants
CXT INCORPORATED
L.B. FOSTER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATALIE M. WOERDEMAN, <br><br> Plaintiff, <br><br> v. <br><br> CXT INCORPORATED, a Corporation, L.B. FOSTER COMPANY, a Corporation, ANDREW MARISCH AND JANE DOE MARISCH, husband and wife, <br><br> Defendants. | No. CV-08-260-FVS <br><br> STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |

## STIPULATION

As evidenced by the signatures of their respective attorneys below, Plaintiff Natalie M. Woerdeman and Defendants CXT Incorporated and L.B. Foster Company have resolved the claims alleged in this lawsuit and stipulate to the entry of the sub-joined order dismissing this case in its entirety with prejudice, without costs or fees to either party.

## ORDER

Pursuant to the stipulation of the parties described above, the Court rules as follows:

1.   This case is hereby DISMISSED WITH PREJUDICE.

STIPULATED ORDER OF
DISMISSAL WITH PREJUDICE - 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

2. The Clerk of the Court is directed to remove the trial and other related dates from the Court's calendar.

ORDERED this 4th day of September, 2009.

*s/ Fred Van Sickle*
The Honorable Fred Van Sickle

Presented by:

Davis Wright Tremaine LLP
Attorneys for Defendants

By s/Amy H. Pannoni
   Amy H. Pannoni, WSBA# 31824

Approved as to Form;
Notice of Presentation Waived:

Decker Law Offices
Attorneys for Plaintiff

By s/Gregory L. Decker
   Gregory L. Decker, WSBA #9116

STIPULATED ORDER OF
DISMISSAL WITH PREJUDICE - 2